DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

DANIEL PASTOR (CABN 297948)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6778
    FAX: (415) 436-7234
    daniel.pastor@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 20-MJ-71228 MAG |
| Plaintiff, | **STIPULATION TO CONTINUE BOND HEARING FROM SEPTEMBER 3, 2020 TO SEPTEMBER 9, 2020; [PROPOSED] ORDER** |
| v. | |
| DARREN LORDIS TRAHAN JR., | |
| Defendant. | |

On August 28, 2020, the Court conducted an initial appearance for Defendant Darren Trahan. Mr. Trahan was released without conditions but was ordered to appear for a bond hearing on September 3, 2020 for conditions of release to be set. The parties jointly request that the bond hearing ordered for September 3, 2020 be continued to September 9, 2020 before the duty magistrate to allow the parties to continue discussing Mr. Trahan's release conditions.

IT IS SO STIPULATED.

DATED: September 3, 2020                    Respectfully submitted,

                                                DAVID L. ANDERSON
                                                United States Attorney

1
2             /s/
   DANIEL PASTOR
3  Assistant United States Attorney

4  DATED: September 3, 2020           /s/
   ALANNA D. COOPERSMITH
5  Counsel for Defendant Darren Trahan

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[~~PROPOSED~~] ORDER**

Pursuant to the stipulation of the parties, the bond hearing ordered for September 3, 2020 before the duty magistrate judge is continued to September 9, 2020 before the duty magistrate judge.

IT IS SO ORDERED.

DATED: September 3, 2020

*Virginia K. DeMarchi*
HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge